UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raymond W Stephens                                  May 16, 2007

1660 Whitehead Drive

Sarasota, Florida 34232

941-953-9628

                                        CIVIL ACTION NO. 07-0858 HHK

    VS

US DEPARTMENT OF LABOR     DEEOIC

EMPLOYMENT STANDARDS ADMINISTRATION

OFFICE OF WORKERS COMPENSATION PROGRAMS

DIVISION OF ENERGY EMPLOYEES OCCUPATIONAL ILLNESS COMPENSATION

FINAL ADJUDICATION BRANCH

400 WEST BAY STREET ROOM 722

JACKSONVILLE, FLORIDA   3220

## Motion to Appoint Counsel

I have tried unsuccessfully to obtain counsel on my own to represent me in this case, But due to a law in the Department of Labor (DOL) there is a 10% Cap on Attorney fees. Therefore: The Attorneys I have contacted refuse to take the case because of that 10% Cap.

I call upon the Court to Appoint an attorney to represent me in this Civil action as I am On Social Security of $ 1,347 per month and a Pension from the International Association of Machinist of $ 385.00 per month, I have no other Assets other than my car which is 5 years old Worth Approximately $ 8,000.00

*Raymond W Stephens*

**Raymond W Stephens**

**1660 Whitehead Drive**

**Sarasota, Florida 34232**

**941-953-9628**