IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND W. STEPHENS**<br>1600 Whitehead Drive<br>Sarasota, Florida 34232<br><br>           **Plaintiff,**<br><br>    v.<br><br>**U.S. DEPARTMENT OF LABOR DEEOIC**<br>**EMPLOYMENT STANDARDS**<br>**ADMINISTRATION**<br>**OFFICE OF WORKERS**<br>**COMPENSATION PROGRAMS**<br>**DIVISION OF ENERGY EMPLOYEES**<br>**OCCUPATIONAL ILLNESS**<br>**COMPENSATION**<br>**FINAL JUDICIAL BRANCH**<br>400 West Bay Street<br>Room 722<br>Jacksonville, Florida 3220<br><br>           **Defendant.** | Civil Action No. 07-0858 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

RAYMOND W. STEPHENS
1600 Whitehead Drive
Sarasota, Florida 34232

on this _____ day of July, 2007.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137