UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL CASE

CASE NO. 07 0858 HHK

TO:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232

an answer to the complaint which is served on you with this Summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

NANCY M. MAYER-WHITTINGTON
Clerk

_Laura Chipley_
By deputy Clerk

JUN 6 2007
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6-11-07 |
| NAME OF SERVER (PRINT) Raymond W Stephens | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☒ Other  Certified USPS - Return Reciept #"7002-2030-0000-9965-1291"
To: United States Attorney's office of the Clerk
555 4th St NW - Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  6-11-07
         Date              Signature of Server

         _Whitehead Dr  Sarasota, FL 34232_
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20503

| | | |
|---|---|---|
| Postage | $ | $0.97 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.７ |

Postmark Here — GLENGARRY STA SARASOTA FL JUN 11 2007 USPS 06/11/2007

7002 2030 0000 9965 1291

Sent To: US Attorney's Office Clerk's Office
Street, Apt. No.; or PO Box No. 555 4th Street NW
City, State, ZIP+4 Washington, DC  20530

PS Form 3800, June 2002                    See Reverse for Instructions

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
941-953-9628

vs.                                        CIVIL ACTION NO. 07- 0858 HHK

DEFENDANT
U. S. Department of Labor
Francis Perkins Building
200 Constitution Ave NW
Washington DC  20210

## AFFIDAVIT OF SERVICE

I, Raymond W Stephens , hereby declare that on the
___11_____ day of ___June_____, 2007_____, I mailed a copy of the
summons and complaint, certified mail return receipt requested, to
United States Attorney's Office
555 4th Street NW
Washington, Dc
20530
Attached hereto is the certified green card acknowl____

[Attached PS Form 3811 certified mail return receipt addressed to:
United States Attorney's Office
Clerk's Office
555 4th Street NW
Washington, DC 20530
Article Number: 7002 2030 0000 9965 1291
Received JUN 13 2007]

...,Florida
34232
941-953-9628