UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL CASE

CASE NO. 07 0858 HHK

TO:

Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
an answer to the complaint which is served on you with this Summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

JUN  6 2007

Clerk NANCY M. MAYER-WHITTINGTON      Date

_Laura Crippen_
By Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6-11-07 |
| NAME OF SERVER (PRINT) Raymond W. Stephens | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☒ Other  Certified USPS - Return Reciept #"7002-2030-0000-9965-1284"
to: Office of The Attorney General Clerk's Office
U.S Department of Justice  950 Pennsylvania Ave NW
Washington, DC  20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  6-11-07
            Date                    Signature of Server

1460 Whitehead Dr  Sarasota, FL 34232
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
941-953-9628

vs.                                              CIVIL ACTION NO. 07- 0858 HHK

DEFENDANT
U. S. Department of Labor
Francis Perkins Building
200 Constitution Ave NW
Washington DC 20210

**AFFIDAVIT OF SERVICE**

I, Raymond W Stephens , hereby declare that on the
___11____ day of ___June_____, 2007_____, I mailed a copy of the
Complaint And Summons , certified mail return receipt requested, to
Office Of The Attorney General
US Department Of Justice
950 Pennsylvania Ave, NW
Washington, DC   20530-0001
. Attached hereto is the certified green card acknowledging service.

**STAPLE GREEN CARD HERE**
**Make sure it bears the original signature of the person
who signed for the summons and complaint.**

_(signature)_
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
941-953-9628

Subj: **USPS Shipment Info for 7002 2030 0000 9965 1284**
Date: 6/27/2007 3:28:14 P.M. Eastern Daylight Time
From: U.S._Postal_Service@usps.com
To: rstephe726@aol.com

This is a post-only message. Please do not respond.

Raymond Stephens has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7002 2030 0000 9965 1284

Service Type: Certified

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Delivered | WASHINGTON DC 20530 | 06/21/07 4:52am |
| Notice Left | WASHINGTON DC 20022 | 06/21/07 2:40am |
| Arrival at Unit | WASHINGTON DC 20022 | 06/21/07 1:48am |
| Acceptance | SARASOTA FL 34232 | 06/11/07 8:56am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm