UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL CASE

CASE NO. 07 0858 HHK

TO:

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
an answer to the complaint which is served on you with this Summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

NANCY M. MAYER-WHITTINGTON                    JUN 6 2007
Clerk                                          Date
_[signature]_
by deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-11-07 |
| NAME OF SERVER (PRINT) Raymond W. Stephens | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint _____

☐ Returned _____

☒ Other   Certified USPS - Registered Return Reciept #"7002-2030-0000-9965-1853"
To: U.S Department of Labor
Francis Perkins Bldg, 200 Constitution Ave NW
Washington, DC 20210

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  6-11-07
             Date                    Signature of Server

                                     1460 Whitehead Dr - Sarasota, FL 34232
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
941-953-9628

vs.                                             CIVIL ACTION NO. 07- 0858 HHK

DEFENDANT
U. S. Department of Labor
Francis Perkins Building
200 Constitution Ave NW
Washington DC 20210

## AFFIDAVIT OF SERVICE

I, Raymond W Stephens , hereby declare that on the
___11_____ day of ___June_____, 2007_____, I mailed a copy of the summons and complaint, certified mail return receipt requested, to
U. S. Department of Labor
Francis Perkins Building
200 Constitution Ave NW
Washington DC  20210   Attached hereto is the certified green card acknowledging serv____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept of Labor Clerk's Office
Frances Perkins Building
200 Constitution Avenue NW
Washington, DC  20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _S Turley_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
_Turley_

C. Date of Delivery
6-18-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7002 2030 0000 9965 1253

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540