UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
941-953-9628

vs.                                           CIVIL ACTION NO. 07- 0858 HHK

DEFENDANT
Office Of The Attorney General
US Department Of Justice
950 Pennsylvania Ave, NW
Washington, DC   20530-0001

**AFFIDAVIT OF SERVICE**

I, Raymond W Stephens , hereby declare that on the
___25____ day of ___June_____, 2007_____, I mailed a copy of the
Motion to Appoint Counsel , certified mail return receipt requested
#70022030000099651352 , to
Office Of The Attorney General
US Department Of Justice
950 Pennsylvania Ave, NW
Washington, DC   20530-0001
. Attached hereto is the certified green card acknowledging service.

**STAPLE GREEN CARD HERE**
**Make sure it bears the original signature of the person**
**who signed for the summons and complaint.**

**RECEIVED**

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

/Raymond W Stephens
1660 Whitehead Dr
Sarasota,Florida
34232
941-953-9628

Page 1 of 1

Case 1:07-cv-00858-HHK    Document 8    Filed 07/19/2007    Page 2 of 2

Subj: **USPS Shipment Info for 7002 2030 0000 9965 1352**
Date: 7/3/2007 1:57:07 P.M. Eastern Daylight Time
From: U.S._Postal_Service@usps.com
To: rstephe726@aol.com

This is a post-only message. Please do not respond.

Raymond Stephens has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7002 2030 0000 9965 1352

Service Type: Certified

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Delivered | WASHINGTON DC 20530 | 06/29/07 10:41am |
| Notice Left | WASHINGTON DC 20530 | 06/29/07 10:23am |
| Arrival at Unit | WASHINGTON DC 20022 | 06/29/07 9:57am |
| Acceptance | SARASOTA FL 34232 | 06/25/07 10:14am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm



Sunday, July 15, 2007 America Online: RStephe726