# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RAYMOND W. STEPHENS,

              Plaintiff,

     v.                                   Civil Action 07-00858 (HHK)

U.S. DEPARTMENT OF LABOR,

              Defendant.

## ORDER

It is this 9th day of August, 2007, hereby

**ORDERED** that on or before August 19, 2007, the parties shall file a joint status report, which report shall include a proposed briefing schedule for dispositive motions. If the parties cannot agree on a proposed schedule, they shall file separate proposed scheduling orders.


                                   Henry H. Kennedy, Jr.
                                   United States District Judge