UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND W. STEPHENS | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 07-0858 (HHK) |
| v. | ) ) ) |
| U.S. DEPARTMENT OF LABOR | ) ) |
| Defendant. | ) ) |

**JOINT RULE 16.3 REPORT**

Pursuant to Local Rule 16.3 and the Court's Order for Initial Scheduling Conference, the Parties conferred and report as follows:

Introduction

This case is reviewed in the same manner as a case filed under the Administrative Procedure Act, 5 U.S.C. §701 et seq.("APA"). Section 7385s-6(a) of the Energy Employees Occupational Illness Compensation Program Act of 2000, as amended (hereinafter "EEOICPA") 42 U.S.C. § 7384 et seq., provides that:

> A person adversely affected or aggrieved by a final decision of the Secretary under [Part E] may review that order in the United States district court in the district in which the injury was sustained, the employee lives, the survivor lives, or the District of Columbia, by filing in such court within 60 days after the date on which that final decision was issued a written petition praying that such decision be modified or set aside. The person shall also provide a copy of the petition to the Secretary. Upon such filing, the court shall have jurisdiction over the proceeding and shall have the power to affirm, modify, or set aside, in whole or in part, such decision. The court may modify or set aside such decision only if the court determines that such decision was arbitrary and capricious.

As APA review cases are exempt from the requirements of Local Rule LCvR 16.3, the

Parties believe that a Joint Meet and Confer Report under the rule may not be necessary. In any event, the parties provide the following answers to the Rule's provisions:

1. <u>Dispositive Motions/Discovery Timeframe</u>: This case will be decided on dispositive motions. It is anticipated that no discovery will be taken as the record is complete. The following schedule is proposed.

Dispositive Motions - due 30 days after the entry of a Scheduling Order.

Oppositions/cross motions - due 30 days after the filing of the dispositive motion.

Replies - due in accordance with the rules of court.

2. <u>Joinder/Amendment/Narrowing</u>: None are anticipated at this point in time

3. <u>Assignment To Magistrate Judge</u>: The Parties do not wish for this matter to be assigned to a Magistrate Judge.

4. <u>Settlement Possibility</u>: The Parties do not believe settlement is possible at this time.

5. <u>Alternative Dispute Procedures</u>: The Parties do not believe that Alternative Dispute Resolution is appropriate for this matter.

6. <u>Summary Judgment</u>: See No. 1, above.

7. <u>Initial Disclosures</u>: The parties will dispense with initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. <u>Discovery</u>: No discovery is anticipated. Plaintiff notes that he has a FOIA request pending.

10. <u>Experts</u>: No expert discovery is anticipated.

11. <u>Class Action Procedures</u>: Not applicable.

12. <u>Bifurcation of Discovery or Trial</u>: Not applicable.

13. <u>Proposed Date For The Pretrial Conference</u>: Not applicable at this time.

14. <u>Trial Date</u>: Not applicable at this time.

15. Because this is a record review case, the obligations relating to electronic discovery are not applicable.

/s/
_____
RAYMOND STEPHENS, pro se
1660 Whitehead Drive
Sarasota, Florida 34232
941-953-9628

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
CLAIRE WHITTAKER, D.C. BAR ##354530
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., E-4204
Washington, D.C. 20530
Ph: (202) 514-7137

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND W. STEPHENS<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0858 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER

Upon consideration of the Parties' Joint Meet and Confer Report, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the following brief schedule is approved.

Dispositive Motions - due 30 days after the entry of this Scheduling Order.

Oppositions/cross motions - due 30 days after the filing of the dispositive motion.

Replies - due in accordance with the rules of court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

RAYMOND STEPHENS, pro se
1660 Whitehead Drive
Sarasota, Florida 34232

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, DC 20530