# United States District Court

## District of Columbia

**RECEIVED**

AUG 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raymond W Stephens

1660 White Head Dr

Sarasota, Florida

34232

941-953-9628                                August 15,2007


Vs

Civil Action No. 07-0858 HHK


Department of Labor    DEEOICPA

Employment Standards Administration

Office Of Workers Compensation Programs

Division of Energy Employees Occupational Illness Compensation

Final Adjudication Branch

400 West Bay Street Room 722

Jacksonville, Florida


**JOINT STATUS REPORT**

Due to Non Delivery by USPS of the Order issued by Judge

Kennedy on August 9, 2007 and having no knowledge of what was expected of me other than Pro se Clerk telling me it had to do with Local Rules 16.3 "Confer" and 26.2 "Discovery" and that the deadline was for August 19, 2007. I also was advised by Pro Se clerk to contact The Attorney Defending the case which I have done so by the following Letter. I pray this full fills my obligation in the Joint Status Report, As I have done my best.

August 14, 2007

U.S. District Court Case # 07-0858 HHK

Ms. Claire Whitaker

Assistant United States Attorney

United States Attorney's Office

Civil Division

555 4th Street, NW, Room E-4204

Washington, DC 20530

(202) 514-7137

Dear Ms.Whitaker;

I am in receipt of your Answer to My Complaint in US District Court District of Columbia against Department of Labor.

In Speaking with the Pro Se unit in The U.S District Court I am told a letter was mailed to me on Aug 9, 2007 of which I have not received as yet concerning Judge Kennedy's Order for a Joint Status Report Due August 19, 2007. I have no idea at this time what this requires of me since I am not an Attorney and I am Filing this Case Pro se. I am told By the Pro Se office who read the letter to me that the Judge seems to think we can settle this litigation between us. However;

Through past negotiations with the Department of Labor, I find that may not work, although I am open to any Ideas or Considerations you may bring to the table.

In Compliance with Local Rule LCvR 16.3 "Duty to Confer" In my judgment I find it should be up to the Judge in this case to examine the Evidence Currently on file in the U.S. District Court along with my Complaint filed May 8, 2007. Since I do not have anything else to add at this time, unless the defense has any other way of dissolving this.

Also in Compliance with rule LCvR 26.2 "Discovery"

The Court is in receipt of all my evidence to date, DOL has all this evidence in my file, although I still have request outstanding through FOIA DOE for more documents that should be due any day that I will pass along to you should I receive anything.

If you want to file the Joint Status Report, since you can file electronically, that will be fine with me. At this time I have nothing more to add and I await your reply.

Thank You

Respectfully

*[signature: Raymond W. Stephens]*

Raymond W. Stephens

1660 Whitehead Dr.

Sarasota, Florida

34232

(941) 953-9628

Fax (941) 953-9628

Email Rstephe726@aol.com

Ms. Chipley                           August 15, 2007

Here is the series of events that have transpired;
I called the court at 354 3000 on August 10 to Ask of Status on my case, I was informed.that an order by Judge Kennedy for Joint Status report was released and Mailed August 9. When I did not receive it in the mail by Monday August 13 I called again to inform the Pro Se unit that I did not receive the letter in the Mail. I questioned Michelle Sedgwick about What A Joint Status report was and what I was supposed to do Since I did not Receive such a Letter, She verbally read the letter to me on the phone, I then asked what I was supposed to do, I was informed by her that they could not offer legal Assistance, I then asked How I was supposed to meet the Deadline of August 19 as **ordered by Judge Kennedy since I had no idea what was required and in what form.** Ms Sedgwick informed me that She thought what the judge wanted was to see if I and DOL could work this out between us and that she was sure it involved Rules **16.3** "**Confer**" and rule **26.2** "**Discovery**" She said I should write or call The Attorney for DOL who's Name appears on the Answer to my Complaint by Claire Whitaker involving the two rules mentioned above. I sent the letter to Ms Whitaker on August 14 And a copy to you in the Clerks Office. I called the Pro se unit again on August 14 to ask if they could possibly fax the letter to me Otherwise I could not meet the Deadline of August 19. Ms. Sedgwick said she would fax it to me that day of the 14th, She did not do so.

    To date no one can tell me how I am to respond to this **Joint Status report and in what Form**. I have done what was verbally told to me by phone by Ms. Sedgwick and I can not get any other help from the Pro se unit And you were out of the Office until August 20, Also I did Call Late yesterday August 14 to the Judges Assistant Ms. Johnson, She was not in so I had to leave a message of what the call was about and I am now awaiting a return call from her today August 15. If I do not get a return call from her then I am mailing out this Letter along with what I presume to be What I am to do about my obligation in the Joint Status Report. I pray I am right and it will not prolong this litigation, Please advise if I have erred in my Decision

Respectfully

*[signature]*

Raymond W Stephens
1660 Whitehead Dr
Sarasota, Florida
34232
941-953-9628
Email   rstephe726@aol.com