UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND W. STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | Civil Action 07-00858 (HHK) |

# ORDER

The initial scheduling conference scheduled for February 29, 2008 shall be cancelled and rescheduled as the business of the court permits.

The briefing schedule on dispositive motions is as follows:

    Dispositive motions are due by March 17, 2008.

    Oppositions and cross-motions are due by April 16, 2008.

    Replies are due by April 23, 2008.

Accordingly, it is this 14th day of February 2008, hereby

**ORDERED** that the initial scheduling conference scheduled for February 29, 2008 is **CANCELLED** and shall be rescheduled as the business of the court permits; and it is

**ORDERED** that the above briefing schedule shall be adopted; and it is further

**ORDERED** that plaintiff's motion to appear telephonically at the initial scheduling conference [#17] is **DENIED** as moot.

                                                                                     Henry H. Kennedy, Jr.
                                                                                     United States District Judge