**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

RECEIVED
FEB 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raymond W Stephens

        Plaintiff          February 15, 2008

VS                        Civil Action 07-0858 HHK

U.S. Department of Labor

        Defendant

**MOTION FOR SUMMARY JUDGEMENT**

I submit this request for Summary Judgment in Response to Judge Henry H Kennedy's order dated 2/14/08. Based on Evidence Previously Submitted in My original Complaint dated May 9, 2007, the court can Determine that the U.S. Department of Energy (DOE) had Proprietary interest in Loral American Beryllium Company (LABC) The evidence contains three documents, dated May 9.1991, June 11, 1991 and July 25, 1985

\*    Two Documents dated May 9.1991 and June 11. 1991 From EG&G Rocky Flats (A DOE facility) Referring to Loral American Beryllium (LABC) Status as Off-Site Sub Contractor.

\* One document dated July 25,1985 from Rockwell International to LABC ( Loral American Beryllium ) instructing LABC to install a Zeiss UPMC 850/1200 Measuring System, these letters make it very clear that Rocky Flats instructs Loral American Beryllium Company to lease a Zeiss measuring machine with Rocky Flats assuming the lease responsibility of $434,937. The system becomes Government-furnished property of approximately 100 sq ft as well as with a specially poured cement foundation measuring 10'x10' x 18" deep to support this delicate measuring device and with special insulation around the entire "Q" Building to insure against infrared and other emissions for safeguard. The cost of all is incorporated into the cost of the parts being manufactured under Contract.

Further; I submit to the Court a Federal Court Case Document;

**United States District Court, M.D.Florida. Laura A. Ward et al., Plaintiffs v. Lockheed Martin Corporation, Loral Corporation, WPI Sarasota Division, Inc, Wire pro, Inc, Becsd, LLC and Does 1-20, Defendants No, 805CV1878T17TGW March 31, 2006.**

This opinion Supports my Position, It say's (LM) Lockheed Martin which merged with Loral, assumed Loral's Liabilities and is Loral's successor in interest, asserts that it was/is a Government Contractor.

"These documents show that Loral American Beryllium meets the definition of DOE facility because they show that Loral was doing work on behalf of DOE (as subcontractor to EG&G) (see Section 73841 (12) (A)) and that DOE, through Rockwell (the operator of Rocky Flats, a DOE facility) had a proprietary interest in the Loral facility, as required by Section 73841 (12) (B)i." By installing a specially poured cement floor to support the Zeiss, thereby making it part of the building -- rendering the building "Proprietary Interest".

These documents show that Loral American Beryllium should have been classified as a DOE Facility and not as a "Vendor" therefore making Loral American Beryllium employees eligible for compensation under EEOICPA Part E.

The purpose of this Motion is to reverse the DOL Final Decision of November 9, 2006 as stated and Compel (DOL) (DOE) to reclassify Loral American Beryllium Company from Vendor to DOE Facility thereby allowing all employees at ABC eligible for EEOICPA Part E Compensation.

"The Plaintiff has provided ample evidence that the US Department of Energy had proprietary interest in Loral American Beryllium Company. Therefore; it should be ordered that the US Department of Labor should reverse its final decision and designate LABC as a DOE facility."

Further; I wish to reiterate to the Court I am Disabled and under Ill Health and unable to travel to Washington DC for hearings or otherwise in this case But I am available by Telephone if needed

*[signature]*
Raymond W Stephens

1660 Whitehead Drive

Sarasota, Florida 34232

941-953-9628