UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND W. STEPHENS** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-0858 (HHK) |
| **U.S. DEPARTMENT OF LABOR** | ) |
| **Defendant.** | ) |

## NOTICE

Plaintiff has filed a dispositive motion in this case on February 20, 2008. In light of the Court's February 14, 2008, Scheduling Order [R. 18], which sets the due dates for dispositive motions and oppositions in this case for March 17, 2008, and April 16, 2008, defendant gives notice that it will respond to plaintiff's motion for summary judgment filed well in advance of the dispositive motion deadline, on or before April 16, 2008. Indeed, defendant expects to combine its dispositive motion and opposition in the same document and file it on March 17, 2008.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

Silvia Dominguez
Attorney
U.S. Department of Labor
Office of the Solicitor
Division of Federal Employees' and
Energy Workers' Compensation

CERTIFICATE OF SERVICE

I certify that the foregoing notice was served on plaintiff, by first class mail, postage pre-paid, on March 5, 2008, addressed to:

>RAYMOND STEPHENS, pro se
>1660 Whitehead Drive
>Sarasota, Florida 34232

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137