**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RAYMOND W. STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-0858-HHK |
| | ) | |
| DEPARTMENT OF LABOR | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO FILE ADMINISTRATIVE RECORD ON CD ROM UNDER SEAL

Defendant Department of Labor, on behalf of both parties, moves this Court for leave to

file the lodged compact disk of the Administrative Record in this case, under seal. Defendant's

Motion for Summary Judgment was filed on March 17, 2008, with an Appendix containing the

pages cited by defendant in its dispositive motion, with redactions. However, Local Rule LCvR

7(n) requires the filing of the entire record on compact disk with the Clerk's Office. The reason

for this request is that the Administrative Record contains personal medical information

protected by the Standards for Privacy of Individually Identifiable Health Information, set forth at 45

CFR Parts 160 and 164, and other information protected by the Privacy Act of 1974, 5 U.S.C. §

552a. Plaintiff joins in this motion. A proposed order is also attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion and proposed order was served by

First-Class mail, postage prepaid to:

RAYMOND W. STEPHENS
1600 Whitehead Drive
Sarasota, Florida 34232

on this 18th day of March, 2008.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAYMOND W. STEPHENS   )
           )
   Plaintiff,   )
           )
   v.     )    No. 07-0858-HHK
           )
DEPARTMENT OF LABOR   )
           )
   Defendant.   )
_____)

**<u>ORDER</u>**

Upon consideration of defendant's motion, on behalf of the parties, to file the

Administrative Record (compact disk) under seal, and for good cause shown, it is this

_____day of _____, 2008

ORDERED, that said motion is granted.

        _____
        UNITED STATES DISTRICT JUDGE

Copies to:

Raymond W. Stephens
1660 Whitehead Drive
Sarasota, Florida  34232

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530