UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND W. STEPHENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0858-HHK |
| ) | |
| DEPARTMENT OF LABOR ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

The service copy of Defendant's Motion for Summary Judgment filed on March 17, 2008 (Docket # 21) was inadvertently mailed to the incorrect address and was subsequently returned. Although plaintiff indicates to defendant's counsel that he received an ECF copy of this filing on March 17, 2008, defendant certifies that a copy has been sent to plaintiff at his correct address:

> RAYMOND W. STEPHENS
> 1660 Whitehead Drive
> Sarasota, Florida 34232

on this 1st day of April, 2008.

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137