UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND W. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-0858-HHK |
| | ) |
| DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION TO VACATE STATUS CONFERENCE SCHEDULED FOR AUGUST 8, 2008 AND FOR PERMISSION FOR PLAINTIFF TO ATTEND ANY SUBSTITUTE STATUS CONFERENCE TELEPHONICALLY**

Plaintiff Raymond W. Stephens and Defendant Department of Labor jointly move this Court to vacate the status conference presently scheduled for August 8, 2008, at 10:00 a.m. The grounds for this motion are as follows:

Both parties have submitted motions for summary judgment and unless the Court decides to deny both of them, a decision on these motions will determine the outcome of this case and terminate it.

The motions for summary judgment having been submitted and the parties having provided responses and replies as they saw fit. There are no further actions which either party expects or is required to perform before the Court grants or denies their motions for summary judgment.

This case is being decided based on facts submitted and no investigation, testimony, or production of documents is expected even if both motions for summary judgment are denied.

Unless the Court wishes to initiate a conference in anticipation of additional

proceedings following a denial of both motions for summary judgment, the parties are not aware of any matters that can be discussed between them that would further the case. The parties have conferred and agreed to this motion.

The parties further request that if the Court does deny both motions for summary judgment and order another status conference that the plaintiff is permitted to attend telephonically.

WHEREFORE, the parties respectfully request that the Court grant this motion and Vacate the Order for Status Conference to be held on August 8, 2008 and that if a status conference is later ordered that the plaintiff be permitted to attend it telephonically.

Respectfully submitted,

_____/s/_____  
RAYMOND W. STEPHENS, pro se  
1660 Whitehead Drive  
Sarasota, Florida 34232  
941-953-9628  

_____/s/_____  
JEFFREY A. TAYLOR, Bar # 498610  
United States Attorney  

_____/s/_____  
RUDOLPH CONTRERAS,  Bar # 434122  
Assistant United States Attorney  

_____/s/_____  
CLAIRE WHITAKER, D.C. Bar # 354530  
Assistant United States Attorney  
United States Attorney's Office  
Civil Division  
555 4th Street, N.W., Room E-4204  
Washington, D.C. 20530  
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND W. STEPHENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-0858-HHK |
| ) | |
| DEPARTMENT OF LABOR ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Upon consideration of the parties' Joint Motion to Vacate the August 8, 2008, status conference, and for good cause shown, it is this _____ day of _____, 2008

ORDERED, that said motion is granted. The August 8, 2008, is vacated.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Raymond W. Stephens
1660 Whitehead Drive
Sarasota, Florida  34232

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530